Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Micheal Fielder*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Micheal Fielder, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Financial Corporation of America,<br><br>Defendant. | Case No: 2:16-cv-01941-JCM-NJK<br><br>**Stipulation of Dismissal** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Micheal Fielder ("Plaintiff") and Defendant Financial Corporation of America ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant and without prejudice the class allegations in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 22nd day of May 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LINCOLN, GUSTAFSON & CERCOS**

By: /s/ Shannon G. Splaine
Shannon G. Splaine, Esq.
3960 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 22, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117